UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON, | No. 2:16-cv-2091 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL C. SMITH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 along with an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

28 U.S.C. § 1915 permits any court of the United States to authorize the commencement and prosecution of any suit without prepayment of fees by a person who submits an affidavit indicating that the person is unable to pay such fees. However,

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

1

1    Court records indicate that plaintiff has been deemed a "Three Strikes" inmate under 28
2 U.S.C. § 1915(g). <u>Wilson v. Marin, et al.</u>, No. 2:14-cv-1829 WBS EFB P (October 7, 2014
3 findings and recommendations denying in forma pauperis status and recommending dismissal
4 without prejudice to re-filing upon pre-payment of filing fee), adopted by district judge on
5 November 11, 2014; <u>see also</u> <u>Wilson v. Hubbard</u>, No. 2:07-cv-1558 WBS GGH (Oct. 16, 2009
6 order designating plaintiff a Three Strikes litigant).  The court takes judicial notice of the three
7 cases identified in <u>Wilson v. Marin</u> as § 1915(g) strikes against plaintiff, all of which were
8 dismissed for failure to state a claim.[1]

9    The imminent danger applies only if it is clear that the danger existed when the complaint
10 was filed.  <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007).  Allegations of imminent
11 danger that are overly speculative or fanciful may be rejected.  <u>Id.</u> at 1057, n.11.  Having
12 reviewed the complaint, the undersigned finds that plaintiff has not credibly alleged imminent
13 danger of serious physical injury under § 1915(g).

14    In light of the above, plaintiff will be granted fourteen days to pay the filing fee in this
15 action; otherwise, it will be dismissed.

16    Accordingly, IT IS HEREBY ORDERED that:

17    1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied; and

18    2.  Plaintiff shall pay the $400 filing fee no later than fourteen days from the date of this
19 order.  Failure to comply with this order will result in a recommendation that this action be
20 dismissed.

21 Dated:  October 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

24 2 / wils2091.threestrikes

---

[1] <u>Wilson v. Schwartz</u>, No. 2:05-cv-1649 GEB CMK (October 31, 2006 order dismissing action for failure to state a claim); <u>Wilson v. Dovey</u>, No. 2:06-cv-1032 FCD EBF (March 8, 2007 order dismissing action for failure to state a claim); and <u>Wilson v. Dovey</u>, No. 2:06-cv-2553 JKS EFB (March 11, 2008 order dismissing action for failure to state a claim).